HESTER DAVIS ESTE , Respondent, v. ETTIE NADLER, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.